**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01665-CR
No. 05-13-01666-CR

**EDUARDO SALINAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-63779-K, F12-63780-K**

## ORDER

The Court **REINSTATES** the appeals.

On October 21, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 14, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the October 21, 2014 order requiring findings.

We **GRANT** the February 14, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

In his third and fourth issues, appellant contends the trial court did not orally pronounce sentence in appellant's presence. Rather, all the trial court did was read the jury's verdict as to

punishment. Article 42.03, section 1(a) requires the trial court to orally pronounce sentence in the defendant's presence. *See* TEX. CODE. CRIM. P. ANN. art. 42.03, § 1(a); *Taylor v. State*, 131 S.W.3d 497, 500 (Tex. Crim. App. 2004).

Accordingly, we **ORDER** the trial court to orally pronounce in appellant's presence the sentences in these cases and to prepare judgments that correctly reflect the date the sentences were orally pronounced.

We further **ORDER** the trial court to file, within **THIRTY DAYS** of the date of this order, the reporter's record and supplemental clerk's records containing the sentencing proceeding and judgments.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Charon Evans, Official Court Reporter, Criminal District Court No. 4; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

The appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the record of the sentencing proceedings is received, whichever is earlier.

/s/     LANA MYERS
        JUSTICE